IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SEALED** |
| Plaintiff, | ) | 4:07CR3023 |
| vs. | ) | ORDER SEEKING TEMPORARY TRANSFER OF CUSTODY |
| CARLOS A. VEGA-TOSCANO, | ) | |
| Defendant. | ) | |

The Motion of the United States is hereby granted and it is further ordered that the Motion of the United States and this Order are hereby sealed. The clerk is ordered to provide copies of this order and motion to the United States Attorney.

Dated _____ *May 22, 2007*

BY THE COURT:

David L. Piester
United States Magistrate Judge