IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 4:07CR3023 |
| CARLOS A. VEGA-TOSCANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | ORDER |

IT IS ORDERED:

Defendant's motion to continue, filing 67, is granted and trial of this matter is continued to 9:00 a.m., July 23, 2007, for a duration of five days before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 6th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge