```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:07CR3023 |
| CARLOS A. VEGA-TOSCANO, | ) ) | |
| Defendant. | ) ) | ORDER |

IT IS ORDERED:

Defendant's motion, filing 89, to seal document is granted, and filing number 90 shall be sealed.

DATED this 13th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge