IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 4:07CR3023 |
| | ) | |
| CARLOS A. VEGA-TOSCANO, | ) | |
| | ) | |
| Defendants. | ) | ORDER AMENDING ORDER ON |
| | ) | SENTENCING SCHEDULE |
| | ) | |
| | ) | |

IT IS ORDERED that Paragraph 7 of the Order on Sentencing Schedule, filing 103, is amended as follows:

7. **January 28, 2008:** Judge's notice to counsel of rulings, tentative findings, and whether oral testimony is to be permitted.

all other deadlines shall remain in force and effect.

Dated November 13, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge