IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | 4:07CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS A. VEGA-TOSCANO, | ) | TENTATIVE FINDINGS |
| | ) | |
| Defendants. | ) | |

No statements indicating any objection to the Presentence Investigation Report have been filed. Accordingly, I tentatively find that the Presentence Investigation Report is true and accurate. Objections may be made at the time of the sentencing, but no evidence shall be received.

Dated January 28, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge