IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:07CR3023 |
| v. | ) | |
| CARLOS A. VEGA-TOSCANO, | ) | ORDER ON MOTION FOR CONTINUANCE AND MOTION FOR LEAVE TO REQUEST PREPARATION OF TRANSCRIPT |
| Defendants. | ) | |

The defendant, by and through his court-appointed counsel filed a Motion for Continuance, filing 145, and a Motion for Leave to Request Preparation of Transcript, filing 146. A conference call was held by telephone and these motions were discussed.

IT IS ORDERED that:

1. the Motion for Continuance, filing 145, is granted;

2. the sentencing hearing is continued to April 3, 2008, at 1:30 p.m. and will be held in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. the defendant shall be present for this hearing; and

4. the Motion for Leave to Request Preparation of Transcript, filing 146, is granted;

5. a transcript of all testimony and exhibits submitted at the trial of Ignacio Montes-Medina from November 13, 2007, through November 30, 2007, shall be prepared; and

6. payment pursuant to the Criminal Justice Act for the preparation by the court

reporter of the transcript of all testimony and exhibits submitted at the trial of Ignacio Montes-Medina is authorized.

Dated January 30, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge