IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS A. VEGA-TOSCANO, | ) | ORDER ON MOTION TO CONTINUE |
| | ) | SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

    Counsel for the defendant has moved to continue the sentencing hearing for defendant Carlos A. Vega-Toscano. The government has no objection to the continuance of the sentencing hearing.

    IT THEREFORE IS ORDERED:

1. the motion to continue the sentencing hearing, filing 163, is granted;

2. the sentencing hearing shall commence at 12:15 p.m. on May 21, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. the defendant shall be present for the hearing;

4. defense counsel is given leave to file and serve statements and objections as set out in Paragraph 6 of the Order on Sentencing Schedule (filing 103) on or before May1, 2008;

5. the government shall file and serve its response on or before May 8, 2008; and

6. the Judge's notice to counsel of rulings, tentative findings, and whether oral testimony is to be permitted shall be filed on or before May 15, 2008.

Dated March 28, 2008.

                                        BY THE COURT

                                        s/ Warren K. Urbom
                                        United States Senior District Judge