IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3023 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT |
| v. | ) | |
| CARLOS A. VEGA-TOSCANO, | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. the Motion for Extension of Time to Respond to Defendant's Objections to the Presentence Investigation Report, filing 173, is granted;

2. the government shall have on or before May 16, 2008, in which to file and serve its response to the Defendant's Objections to the Presentence Investigation Report; and

3. my notice to counsel of rulings, tentative findings and whether oral testimony is to be permitted shall be filed on or before June 2, 2008;

4. the sentencing hearing is continued until June 9, 2008, at 1:30 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

5. the defendant shall be present for the hearing.

Dated May 12, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge