IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3023 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER ON MOTION FOR |
| v. | ) | CONTINUANCE |
| | ) | |
| CARLOS A. VEGA-TOSCANO, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. the defendant's Motion for Continuance, filing 184, is granted;

2. the counsels' designations of the trial transcript shall be filed and served on or before July 21, 2008;

3. the sentencing hearing is continued to July 28, 2008, at 9:30 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

4. the defendant shall be present for the hearing.

Dated May 28, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge