# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3023 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM AND ORDER ON |
| | ) | LETTER-MOTION FOR APPOINTMENT |
| CARLOS A. VEGA-TOSCANO, | ) | OF DIFFERENT ATTORNEY |
| Defendants. | ) | |

On May 7, 2008, I received a letter from the defendant Vega-Toscano. The letter was written in Spanish and I have had it translated into English. The English version will be filed as a motion for appointment of a different attorney. I shall retain the Spanish version in my file in chambers.

I have asked Mr. Vega's present attorney for his version and have received from him a letter dated May 22, 2008, which shall be filed in the court file and a copy of it sent to Mr. Vega with this memorandum and order.

If Mr. Vega wishes to pursue this request, he shall have the opportunity to present at the time of the sentencing hearing on July 28, 2008, and I shall make a decision about his motion before any sentence is imposed. If his request for a new attorney is granted, I shall postpone the sentencing until a new attorney is ready for a sentencing hearing.

IT IS SO ORDERED.

Dated May 29, 2008.

                                    BY THE COURT

                                    s/ Warren K. Urbom
                                    United States Senior District Judge