IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS A. VEGA-TOSCANO, | ) | ORDER SCHEDULING HEARING |
| | ) | |
| Defendants. | ) | |

A letter dated Mary 27, 2008, from Carlos A. Vega Toscano and received by me on May 30, 2008, has been filed as a motion to withdraw plea of guilty and for appointment of new counsel, filing 189. Mr. Vega Toscano states that "I would like First to withdraw my ple (sic) of guilty, to a ple (sic) of Not guilty, and Be set for Trial! Amongst my peers, of 12. . . ." and "I would like a new Attorney, . . . ."

IT THEREFORE IS ORDERED that:

1. a hearing is scheduled on the motion to withdraw plea of guilty and for appointment of new counsel for 2:00 p.m. on June 18, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated June 3, 2008.

BY THE COURT

_____
Warren K. Urbom
United States Senior District Judge