IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:07CR3023 |
| v. | ) | |
| CARLOS A. VEGA-TOSCANO, | ) | MEMORANDUM AND ORDER ON MOTION TO SUPPRESS |
| Defendants. | ) | |

The "Motion to Suppress" was received in my chambers on June 17, 2008. It deals with matters not relevant to anything having to do with the sentencing of the defendant, which is all that remains to be done in this court with respect to the charges against him.

IT IS ORDERED that the Motion to Suppress is denied.

Dated June 23, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge