IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS A. VEGA-TOSCANO, | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that:

1. the evidentiary and sentencing hearing for the defendant Carlos A. Vega-Toscano is rescheduled to August 7, 2008, at 1:30 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated July 23, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge