IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07cr3023 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 28 U.S.C. § 2255 |
| CARLOS A. VEGA TOSCANO, | ) | |
| Defendant. | ) | |

The United States Attorney is notified of the filing on January 14, 2010, of a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, filing 265. The United States shall have until March 5, 2010, in which to respond.

Dated January 19, 2010.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge